868

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SANTONATI, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie County Court dismissing defendant's application for a writ of error *coram nobis*.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ JOHN SNARE et al., Respondents, v. URAN MINING CORPORATION, Appellant.— Order insofar as appealed from affirmed, with $10 costs and disbursements. All concur. (Appeal from part of an order of Monroe Supreme Court denying defendant's motion to vacate service of summons and to vacate a judgment entered pursuant thereto.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ GIOVANNA GALLO, Respondent, v. AMALGAMATED INSURANCE FUND, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ HENRY M. ROSZYK, Appellant, v. HELEN M. ROSZYK, Respondent.— Motion to appeal as a poor person granted.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CATALANO. THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY CATALANO.— Motion for a change of venue denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES ANN GOODWIN, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before December 8, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY KINGSTON, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before December 8, 1959.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM NUNEMAKER, Appellant.— Motions granted and appeals from orders of April 13, 1959 and June 23, 1959 dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM A. TARPLEY, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL WITT, JR., Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JOHN KOUSCH, JR., Appellant.— Order entered withdrawing appeal from order of February 9, 1959; motion granted to appeal from order of October 1, 1959 on original papers and five typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY GUSTAVE SCHMIDT, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ ALFRED ANDRESSI, Appellant, v. GEORGE SPADE et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.